Matter of McKoy v Martuscello
2026 NY Slip Op 03575
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF LAMON MCKOY, PETITIONER-APPELLANT,
v
DANIEL F. MARTUSCELLO, III, ACTING COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, RESPONDENT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
374 CA 25-00667
Present: Lindley, J.P., Curran, Ogden, Greenwood, And Delconte, JJ.

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (NORMAN P. EFFMAN OF COUNSEL), FOR PETITIONER-APPELLANT.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (RACHEL RAIMONDI OF COUNSEL), FOR RESPONDENT-RESPONDENT.

Appeal from a judgment of the Wyoming County Court (Donald G. O'Geen, A.J.), entered April 3, 2025, in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: In this proceeding pursuant to CPLR article 78, petitioner appeals from a judgment dismissing his petition seeking to annul the determination of the Parole Board denying his request for release to parole supervision. In February 2026, petitioner reappeared before the Parole Board, which again denied his request for release. Consequently, this appeal must be dismissed as moot (see Matter of Romano v Annucci, 196 AD3d 1176, 1176 [4th Dept 2021]; Matter of Colon v Annucci, 177 AD3d 1393, 1394 [4th Dept 2019]; see generally Matter of Moissett v Travis, 97 NY2d 673, 674 [2001]). We conclude that the exception to the mootness doctrine does not apply (see generally Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714-715 [1980]).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court